**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

HAJLOO, INC., ASGHAR HAJLOO, and DEBRA HAJLOO

 Plaintiffs,

v.

TRAVELERS INDEMNITY COMPANY,

 Defendant.

---

## NOTICE OF REMOVAL
---

 Defendant, The Travelers Indemnity Company ("**Travelers**"), through its attorneys and pursuant to 28 U.S.C. §§ 1441(a) and 1446 and D.C.COLO.L.Civ.R. 81.1, removes this civil action from District Court, City and County of Denver, Colorado to the United States District Court for the District of Colorado. In support of this Notice of Removal, Travelers would show the Court as follows:

 1. Travelers is the defendant in a civil action pending in District Court, City and County of Denver, Colorado, entitled *HAJLOO, INC., ASGHAR HAJLOO, AND DEBRA HAJLOO V. TRAVELERS INDEMNITY COMPANY, ELIZABETH HORNSBY, HOLLY LISTER, AND DAVID HARRISON*, Case number 2014CV33904. A complete copy of the file from the state court is attached hereto. Specifically, the Complaint, Civil Cover Sheet, and Summons are attached as **Exhibit A**, the Delay Reduction Order is attached as **Exhibit B**, the Returns of Service are attached as **Exhibit C**, the Entries of Appearance are attached as **Exhibit D**, the Disclosure Certificates are attached as **Exhibit E**, Travelers' Answer is attached as **Exhibit F**,

21076599.1

the Motion to Quash Service of Summons and Complaint with Exhibits is attached as **Exhibit G**, the Response to the Motion to Quash Service of Summons and Complaint is attached as **Exhibit H**, the Reply in Support of the Motion to Quash Service of Summons and Complaint is attached as **Exhibit I**, the Designation of Non-Parties at Fault is attached as **Exhibit J**, the Order on the Motion to Quash Service of Summons and Complaint is attached as **Exhibit K**, the Unopposed Motion to Dismiss Elizabeth Hornsby, Holly Lister, and David Harrison is attached as **Exhibit L**, the Order Granting the Unopposed Motion to Dismiss Elizabeth Hornsby, Holly Lister, and David Harrison is attached as **Exhibit M**, the Order to Show Cause is attached as **Exhibit N**, the Notice to Set Initial Case Management Conference is attached as **Exhibit O**, and the Notice of Initial Case Management Conference is attached as **Exhibit P**.

  2. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) because it is filed within one year of the commencement of this action and within thirty days of the date on which this case first became removable. 28 U.S.C. § 1146(b)-(c). The Complaint was filed on October, 10 2014. This case was not initially removable as two of the individually named defendants, Holly Lister and David Harrison, are citizens of the State of Colorado and therefore complete diversity was not present. 28 U.S.C. § 1332. On February 17, 2015, the individually named defendants, Elizabeth Hornsby, Holly Lister, and David Harrison, were dismissed from the action with prejudice. *See* **Exhibit M**. Travelers' thirty-day period for removal commenced on February 17, 2015, the date that the Order dismissing Defendants Elizabeth Hornsby, Holly Lister, and David Harrsion was entered, thereby creating complete diversity between the parties. 28 U.S.C. § 1446(b).

  3. Plaintiffs alleges the following claims for relief against Travelers: (1) civil conspiracy; (2) intentional infliction of emotional distress/outrageous conduct; (3) unreasonable

delay and denial of payment of covered benefits pursuant to C.R.S. §§ 10-3-1115, and 1116; (4) breach of contract; and (5) bad faith breach of insurance contract.

## Diversity of Citizenship

4. Plaintiff Hajloo, Inc. is a Colorado corporation with its principal place of business in Denver, Colorado. *See* Complaint ¶ 1.

5. Plaintiff Asghar Hajloo is a citizen and domicile of the State of Georgia with his residence located in Canton, Georgia. *See* Complaint ¶ 2.

6. Plaintiff Debra Hajloo is a citizen and domicile of the State of Georgia with her residence located in Canton, Georgia. *See* Complaint ¶ 3.

7. Travelers is incorporated in the State of Connecticut with its principal place of business located in the State of Connecticut.

8. Because Plaintiffs are residents of the State of Colorado and the State of Georgia, and Travelers is incorporated in the State of Connecticut with its principal place of business in the State of Connecticut, there is complete diversity of citizenship among the parties. 28 U.S.C. § 1332.

## Amount in Controversy Exceeds Jurisdictional Requirements

9. To meet the jurisdictional requirement under 28 U.S.C. § 1332, Travelers' need only include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold, $75,000.00, exclusive of interest and costs. *Dart v. Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 554 (2014). If the amount in controversy is not stated specifically in the pleadings, the allegations contained in the Notice of Removal should be given determinative weight. *See Longquist v. J.C. Penny*, 421 F.2d 597, 599 (10th Cir. 1970).

21076599.1

10. Plaintiffs' complaint does not indicate the amount of damages sought to be recovered in this action. However, in accordance with Plaintiffs' obligations to produce initial disclosures, Plaintiffs produced a document indicating that the total amount of items claimed as damaged or stolen as part of their insurance claim amounts to an estimated $103,377.19. *See* **Exhibit Q**. In addition, in accordance with the allegations in the Complaint, Plaintiffs also seek double damages available under C.R.S. § 10-3-1116 *et seq.*, as a result of Travelers' alleged bad faith denial of its insurance claim. Complaint, ¶¶ 54-55. As such, at a minimum, the amount in controversy is $206,754.38 excluding the alleged costs, and attorney fees.

11. Accordingly, this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

12. Promptly upon filing this Notice of Removal, Travelers shall give written notice of the filing to Plaintiff as required by law. Travelers is concurrently filing a notice attaching this Notice of Removal with the Clerk of the District Court, City and County of Denver, Colorado where this action was originally filed.

WHEREFORE, Travelers requests that this Court accept its Notice of Removal and assume jurisdiction over this action.

Dated this 4th day of March, 2015.

                                            SNELL & WILMER L.L.P.

                                            *s/ Jonathan M. Allen*
                                            Amy M. Samberg
                                            Jonathan M. Allen
                                            Allison L. Biles
                                            1200 17th Street, Suite 1900
                                            Denver, CO 80202
                                            Telephone: (303) 634-2000
                                            Facsimile: (303) 634-2020
                                            ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

  I hereby certify that, on March 4, 2015 I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ross Ziev
Speights and Worrich, LLC
116 Inverness Drive East, Suite 270
Englewood, Colorado  80112

*Counsel for Plaintiff*

              *s/Linda Ralph*
              for Snell & Wilmer L.L.P.