## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 15-cv-0451-WJM-CBS

HAJLOO, INC.,
ASGHAR HAJLOO, and
DEBRA HAJLOO,

    Plaintiffs,
v.

TRAVELERS INDEMNITY COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS CLAIM

This matter comes before the Court on the Plaintiffs' Motion to Dismiss Plaintiffs' Claim for Civil Conspiracy, filed March 25, 2015 (ECF No. 19).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiffs' Motion to Dismiss is GRANTED.  Plaintiffs' claim for Civil Conspiracy is hereby DISMISSED WITH PREJUDICE.  Each party shall pay their or its own attorney's fees and costs.

Dated this 26th day of March, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge